FILED

MAR 03 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | |
| JONATHAN MICHAEL SMITH | Criminal No. 1:20 cr 10 |
| Defendant. | Violations: 18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (Unlawful Possession of Firearm)

On or about June 23, 2019, in Harrison County, in the Northern District of West Virginia, defendant **JONATHAN MICHAEL SMITH**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is on or about May 21, 2012, defendant **JONATHAN MICHAEL SMITH** was convicted of trafficking controlled substances in the Court of Common Pleas, Cuyahoga County, Ohio, in case number 559252-12-CR, did knowingly possess a firearm in and affecting interstate and foreign commerce, that is, an RG Industries revolver, model RG14, .22 caliber, serial number L701806, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
UNITED STATES ATTORNEY
Sarah E. Wagner
Assistant United States Attorney